IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR. NO. 04-20065-Ma |
| ) | |
| STANLEY MARVIN BEDFORD, ) | |
| ) | |
| Defendant. ) | |

## ORDER RESETTING SENTENCING HEARING

Before the court is the defendant's March 30, 2005 motion to continue the sentencing hearing of Stanley Marvin Bedford. For good cause shown, the motion is granted. **The sentencing hearing is reset to Friday, April 8, 2005 at 10:30 a.m.**

It is so ORDERED this 30th day of March, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-4-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 70 in case 2:04-CR-20065 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT