IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    PLAINTIFF,

vs.

STANLEY MARVIN BEDFORD,

    DEFENDANT.

*Filed in Open Court*
*4-15-05 jlu*

CR. NO. 04-20065-Ma/V

## ORDER DISMISSING COUNTS

Upon the motion of the United States, and for good cause shown, Count(s) 1 through 9 of the indictment are hereby **DISMISSED**.

**SO ORDERED** this 15th day of April, 2005, at Memphis, Tennessee.

_____
Honorable Samuel H. Mays, Jr.
United States District Judge

APPROVED:

_____
Joseph C. Murphy, Jr.
Assistant United States Attorney
Western District of Tennessee

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 74 in case 2:04-CR-20065 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT